U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

DEC 15 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 14-cr-00063(02) |
| VERSUS | JUDGE WALTER |
| BILLY W. TERRELL | MAGISTRATE JUDGE HORNSBY |

### O R D E R

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant Billy W. Terrell on December 1, 2014 before Magistrate Judge Mark L. Hornsby is accepted by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED at Shreveport, Louisiana, this ___15___ day of December, 2014.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE